UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEBORAH L. SARACCO,

    Plaintiff,

v.    Case No: 6:13-cv-987-Orl-18DAB

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2). The Court having reviewed the report and recommendation of the magistrate judge (Doc. No. 5), it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's Motion is **DENIED** and her Complaint is **DISMISSED with leave to amend within 14 days** to state whether the Appeals Council has denied her claim and her suit was timely filed within 64 days of the date of the denial, in order for this Court to have jurisdiction over her appeal. Clerk of the Court is directed to CLOSE this case if plaintiff fails to file an amended complaint within the time allotted.

**DONE AND ORDERED** at Orlando, Florida, this \_\_\_19\_\_\_ day of July, 2013.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties